UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JEREMY L. LEFLER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.1:21-cv-1575-AMM-HNJ |
| | ) |
| **WARDEN MELISSA KIMBERLEY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 24, on January 10, 2024, recommending that the court **DENY** petitioner Jeremy L. Lefler's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1; **DISMISS** his claim regarding the sufficiency of the evidence supporting his disciplinary **WITH PREJUDICE** as meritless; and **DISMISS WITHOUT PREJUDICE** Mr. Lefler's remaining claims for his failure to exhaust his administrative remedies. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation with the exception of footnote 4. *See* Doc. 24 at 7 n.4. Consistent with that recommendation, the court finds that Mr. Lefler's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is due to be **DENIED**; his claim

regarding the sufficiency of the evidence supporting his disciplinary is due to be **DISMISSED WITH PREJUDICE** as meritless; and his remaining claims are due to be **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust his administrative remedies. A final judgment will be entered.

**DONE** and **ORDERED** this 8th day of February, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE